# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-07075-JFW-AGR                    Date August 30, 2024

Title: Marci Bertuzzi v. Timothy Mutton, et al.

Present: The Honorable John F. Walter, U.S. District Court Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Joint STIPULATION to Remand Case to State Court filed 8/30/24 [14] - Make JS-6

☐ Entered _____.

Initials of Preparer    sr